BERGER SINGERMAN, P.A.
Paul Steven Singerman  FL Bar No. 378860 (Admitted *Pro Hac Vice*)
Jordi Guso  FL Bar No. 863580  (Admitted *Pro Hac Vice*)
200 South Biscayne Blvd., Suite 1000
Miami, Florida 33131
Telephone:  (305) 755-9500
Facsimile:  (305) 714-4340
E-Mail:  singerman@bergersingerman.com
           jguso@bergersingerman.com

DAVID C. FARMER ATTORNEY AT LAW LLLC
David C. Farmer     3946
225 Queen Street, Suite 15A
Honolulu, HI   96813-4639
Telephone: (808) 222-3133
Facsimile:  (808) 529-8642
E-Mail:  farmerd001@hawaii.rr.com

Attorneys for the Debtors

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>ALOHA AIRGROUP, INC., et al.,<br><br>        Debtors.<br>_____<br><br>This document relates to:<br><br>ALL CASES<br>_____ | Case No. 04-03063<br>(Chapter 11 Case)<br>(Jointly Administered)<br>(Honorable Robert J. Faris)<br><br>**HEARING**<br>Date:  September 27, 2005<br>Time:  9:30 a.m.<br>Judge:  Honorable Robert J. Faris<br><br>Re:  Docket Entry 1321 |

## ORDER GRANTING DEBTORS' MOTION
## TO EXTEND EXCLUSIVITY PERIODS

1

This matter came before the Court upon the *Debtors' Second Motion to Extend Exclusivity Periods* (the "Motion") (Docket 1321), filed by the debtors and debtors-in-possession in the above captioned cases (the "Debtors"). Pursuant to the Motion, the Debtors seek an extension of the exclusive periods during which only the Debtors may file and solicit acceptances on a plan. This Court, having reviewed the Motion, all pleadings and affidavits filed to date, and the entire record in these cases, noting that no objection to the Motion was timely filed or served, and having heard the arguments of counsel presented at a hearing conducted on September 27, 2005 at 9:30 a.m., and being otherwise duly advised,

**HEREBY FINDS THAT:**

1. Good and sufficient notice of the Motion and of the relief requested therein has been provided under the circumstances.

2. Good cause exists for granting the Motion as required by 11 U.S.C. section 1121(d) and applicable law.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

A. The Motion is GRANTED.

B. The exclusive period during which only the Debtors may file a plan is extended through and including October 26, 2005. The exclusive period during which only the Debtors may solicit acceptances to a plan is extended through December 31, 2005.

C. This order is entered without prejudice to the Debtors' rights to request and obtain further extensions of their exclusivity periods for good cause shown pursuant to 11 U.S.C. section 1121(d).

**DATED**: Honolulu, Hawaii; _____SEP 2 7 2005_____.

_/s/_____
UNITED STATES BANKRUPTCY JUDGE

---

**ORDER GRANTING DEBTORS' MOTION TO EXTEND EXCLUSIVITY PERIODS**
In re: ALOHA AIRGROUP, INC., et al., Case No. 04-03063, Bankruptcy Court, District of Hawaii